# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.  SACV 13-00725 JVS (ANx)     Date  September 16, 2013

Title  Kristian Apodaca v. Whirlpool Corporation

Present: The Honorable  James V. Selna

Ellen Matheson for Karla J. Tunis          Sharon Seffens
Deputy Clerk                                Court Reporter

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Andrew J. Kubik                            Dean J. Zipser
Stuart M. Eppsteiner                       Andrew M. Unthank

**Proceedings:**  Scheduling Conference

Cause called and counsel make their appearances. The Court and counsel confer. The Court sets the following case management dates with the agreement of counsel:

| | |
|---|---|
| **Jury Trial** | **January 6, 2015 at 8:30 a.m.** |
| **Final PreTrial Conference** | **December 22, 2014 at 11:00 a.m.** |
| **Motion for Class Certification** | **June 16, 2014, at 1:30 p.m.** |

The Court ORDERS the parties to meet and confer within seven (7) days to submit the balance of the proposed pretrial calendar dates, as well as a proposed briefing schedule for the class certification motion.

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-14 is private mediation or the Court Mediation Program. The Court orders that any settlement discussions shall be completed not later than July 31, 2014. Counsel shall file a Joint Report of the parties regarding outcome of settlement discussions, the likelihood of possible further discussions and any help the Court may provide with regard to settlement negotiations not later than seven (7) days after the settlement conference.

**cc: ADR Office**

0  :  05

Initials of Preparer  enm