Galen D. Bellamy (SBN 231792)
Email:  bellamy@wtotrial.com
Andrew M. Unthank (*pro hac vice*)
Email:  unthank@wtotrial.com
Hayley E. Reynolds (*pro hac vice*)
Email:  reynolds@wtotrial.com
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, Colorado 80202
Telephone:  (303) 244-1800
Facsimile:   (303) 244-1879

Dean J. Zipser (SBN 94680)
Email:  dzipser@kruzlaw.com
Carole E. Reagan (SBN 162674)
Email:  creagan@kruzlaw.com
Keller Rackauckas Umberg Zipser LLP
18300 Von Karman Ave., Suite 930
Irvine, California  92612
Telephone:  (949) 476-8700
Facsimile:   (949) 476-0900

Attorneys for Defendant Whirlpool Corporation

Stuart M. Eppsteiner (SBN 098973)
sme@eppsteiner.com
Andrew J. Kubik (SBN 246902)
ajk@eppsteiner.com
Zelekha Amirzada (SBN 250419)
za@eppsteiner.com
EPPSTEINER & FIORICA ATTORNEYS, LLP
12555 High Bluff Dr., Ste. 155
San Diego, CA  92130
Tel. (858) 350-1500
Fax (858) 350-1501

Attorneys for Plaintiffs and the Putative Class

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KRISTIAN APODACA and BRUCE KALEITA, individually and on behalf of all others similarly situated,<br><br>                  Plaintiffs,<br><br>  vs.<br><br>WHIRLPOOL CORPORATION,<br><br>                  Defendant. | CASE NO. 8:13-cv-00725-JVS-AN<br><br>**JOINT ADDENDUM TO RULE 26(f) SCHEDULING CONFERENCE**<br><br>Judge:  The Honorable James V. Selna |

Whirlpool Corporation and Plaintiffs Kristian Apodaca and Bruce Kaleita, through their respective counsel, submit the following Joint Addendum to Rule 26(f) Scheduling Conference per the Court's Order during the Scheduling Conference held on September 16, 2013 (Doc. 31).

**ADDENDUM**

As pled, this case involves two alleged defects relating, generally, to three different components in Maytag-brand dishwashers: user interfaces, detergent dispensers, and electronic control boards. Consequently, in addition to documents and data that Whirlpool is remotely collecting, Whirlpool has interviewed witnesses in, and has collected documents from, multiple locations in Benton Harbor, MI, St. Joseph, MI, and Findlay, OH. Whirlpool is in the process of scheduling further witness interviews and anticipates collecting additional documents that may be relevant to its defenses or responsive to Plaintiffs' written discovery requests.

Plaintiffs anticipate Whirlpool will produce a relatively large number of documents that will take a significant amount of time to review and analyze.

Moreover, this case involves two Plaintiffs who bring multiple, separate claims under the laws of California and Florida. Therefore, the parties agree that this case presents a higher degree of complexity for purposes of case planning and discovery than a typical consumer class action alleging a single defect with a single component.

During the Scheduling Conference the Court ordered that the class certification hearing in this matter be held on June 16, 2014, with trial to follow on January 6, 2015. The Court further ordered that the parties meet and confer within seven days of the Scheduling Conference regarding the remaining necessary case management dates, and to thereafter submit a proposed case management schedule that fits within the dates ordered by the Court.

Plaintiffs' counsel circulated a proposed schedule on Friday, September 20th, and the parties conferred concerning that schedule on Monday, September 23rd, and Tuesday, September 24th. During those conferences, the parties discussed that each is committed to diligently working through the reasonable discovery necessary to bring or oppose a motion for class certification within the timeframe contemplated by the Court, but acknowledged anticipated difficulties in meeting that schedule given the complexity of the issues presented.

Based upon the foregoing concerns, the parties submit the proposed schedule attached as <u>Exhibit A</u> and are committed to diligently working to meet that schedule. The parties further agree to continue to meet and confer concerning the schedule as discovery develops and to apprise the Court if they believe that appropriate modifications may be necessary.

Dated: September 26, 2013        Wheeler Trigg O'Donnell LLP

                                 By: *s/* Andrew M. Unthank
                                     Andrew M. Unthank
                                     Attorney for Defendant
                                     Whirlpool Corporation

Dated: September 26, 2013        Eppsteiner & Fiorica Attorneys, LLP

                                 By: *s/* Andrew J. Kubik
                                     Andrew J. Kubik
                                     Attorney for Plaintiffs and the Putative
                                     Class

# EXHIBIT A

# EXHIBIT A

# PRETRIAL CALENDAR

| Matter | Time | Weeks before Trial | Court Order |
|---|---|---|---|
| Trial Date (jury) (court) | 8:30am (Tuesdays) |  | 1/6/15 |
| [Court trial:] File Findings of Fact and Conclusions of Law and Summaries of Direct Testimony |  | -1 | 12/30/14 |
| Final Pretrial Conference; Hearing on Motions *in Limine*; File Agreed Upon Set of Jury Instructions and Verdict Forms and Joint Statement re Disputed Instructions and Verdict Forms; File Proposed *Voir Dire* Qs and Agreed-to Statement of the Case | 11:00 am (Mondays) | -2 | 12/23/14 |
| Lodge Pretrial Conf. Order; File Memo of Contentions of Fact and Law; Exhibit Lit; Witness List; Status Report re Settlement |  | -3 | 12/16/14 |
| Last day for hand-serving Motions *in Limine* |  | -6 | 11/25/14 |
| Last day for hearing motions | 1:30pm (Mondays) | -7 | 11/18/14 |
| Last day for hand-serving Motions and filing (other than Motions in Limine). Please note extended notice requirements for motions for summary judgment under F.R.Civ.P. 56(c) |  | -11 | 10/21/14 |
| Non expert Discovery cut-off |  | -15 | 9/23/14 |

ADDITIONAL MATTERS TO BE DETERMINED

L.R. 16-14 Settlement Choice: (1) CT/USMJ   (2) Court Mediation Panel   **(3) Private ADR**

| | |
|---|---|
| Written Discovery Period Opens | 9/16/2013 |
| Parties' Exchange Initial Disclosures | 9/13/2013 |

| | |
|---|---|
| Begin Rolling Document Production | October 15, 2013 |
| Deadline to move to add parties or amend pleadings | November 18, 2013 (60 days from 9/17/13 Order) |
| Conclude Rolling Document Production | January 31, 2014 |
| Conclude Class Discovery | March 14, 2014 |
| Deadline for Plaintiffs' Expert Disclosures | Same As MCC |
| Deadline for Defendant's Expert Disclosures | Same as Oppo. to MCC |
| Deadline for Plaintiffs' Rebuttal Expert Disclosures | Same as Reply on MCC |
| Conclude Expert Witness Depositions | Within 10 days of being served with MCC, Oppo. to MCC, and Reply on MCC |
| Plaintiffs' Motion for Class Certification | March 28, 2014 |
| Defendant's Opposition to Class Certification | April 28, 2014 |
| Plaintiffs' Reply in support of Class Certification | May 30, 2014 |
| Hearing on Motion for Class Certification | June 16, 2014 |
| Mediation | July 31, 2014 |
| Mediation Report | August 7, 2014 |

# PROOF OF SERVICE

## C.C. P. 1010.5, 1010.6, 1010.2, 1013a (3)

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the county of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: Eppsteiner & Fiorica Attorneys, LLP, 12555 High Bluff Drive, Suite 155, San Diego, CA 92130.

On **September 26, 2013**, I served the following document(s) described as:

**JOINT ADDENDUM TO RULE 26(f) SCHEDULING CONFERENCE**

On interested parties, on the interested parties registered and participating in the Electronic Case Filing Program in this action.

**X**   **(BY CM/ECF)** I caused the above-listed document(s) to be served electronically, pursuant to U.S. District Court's Electronic Case Filing Program, on September 26, 2013, to those parties who have registered to become an e-filer.

 **X**   (Federal/State) I declare under penalty of perjury under the laws of the state of California that the above is true and correct.

Dated:  September 26, 2013                                 /s/ Lupe Suro Horn