# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KRISTIAN APODACA, BRUCE KALEITA, DONALD SOUHRADA, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WHIRLPOOL CORPORATION,<br><br>Defendant. | CASE NO. 8:13-cv-00725-JVS-AN<br><br>**ORDER GRANTING JOINT MOTION FOR STAY**<br><br>Judge: The Honorable James V. Selna |
|---|---|

Having considered the Parties' Joint Notice of Settlement and Motion for Stay, and good cause appearing, the Court orders as follows:

- All deadlines are stayed for thirty (30) days from the date of this Order;
- On or before that time, the Parties shall:
    - finalize the settlement agreement; and
    - file a stipulated motion to dismiss with prejudice.

- In the event the Parties have not finalized the settlement agreement and filed a stipulated motion to dismiss with prejudice within thirty (30) days from the date of this Order, the Parties are ordered to contact the Court to set a status conference.

**IT IS SO ORDERED.**

Dated: April 21, 2014  _____
Hon. James V. Selna, U.S. District Court Judge